AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
IN OPEN COURT
FEB 23 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
Mehdi Pazouki
*Defendant*

Case No. 1:24-cr-29

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02-23-2024

*Defendant's signature*

*Signature of defendant's attorney*

Noah Cherry, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Claude M. Hilton, United States District Judge
*Judge's printed name and title*