# ATTACHMENT 1

Dear Judge Hilton -

I am writing to express my deepest remorse for my actions and the harm that I have caused to my mother, my sisters, and my close friends. The shame and perception of my dishonest character and negative image has made me stop going to the local places in Tysons Corner where people have known me for the past twenty years. I have changed my lifestyle totally to correct and start a new life, because I am so shameful and discouraged for the crime that I have committed. I have destroyed forty years of a respectable profession that I worked extremely hard to gain. I loved my work for the U.S. Government.

My thoughtless actions are baffling to most of my friends and they are just as surprised and shocked as I am. I worked so hard for decades in the IT field supporting numerous federal agencies encompassing mission critical systems and designing security posture, fraud prevention, fraud detection, and early warning systems to “prevent” and “reject” bad actors.

I am not sure if any adjectives define my state of mind when it comes to gambling addiction and the seriousness of it. I have destroyed my friendships, family, livelihood, retirement, savings, investments, etc. through gambling and by committing this serious crime, and I hope there will be an opportunity for me to make amends.

I understand that my behavior was irresponsible and unacceptable and has had a huge adverse and significant impact on the lives of those I love most. My mother has become extremely emotional and has developed depression and cries a few times a day. I feel extremely shameful for creating unnecessary hardship for my elderly beautiful mother.

I am acknowledging the seriousness of my crime and the need to get help by seeking gambling addiction treatments and attending weekly therapy sessions with a specialist. I, additionally, signed the Voluntary Exclusion Programs (EVP) for local casinos in Virginia, Maryland, and West Virginia (meaning, they will prosecute me legally if I ever enter the casinos).

I understand that my actions have serious consequences, and I am committed to doing everything in my power to address the harm that I have caused. I am grateful for the opportunity to express my remorse and to take steps towards making things right.

Thank you for your consideration.

Respectfully,

Mehdi Pazouki