# ATTACHMENT 2

TO: The Honorable Claude M. Hilton
Albert V. Bryan United States Courthouse
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

From: Danel Griffith Drew, Jr.
[redacted]

Dear Judge Hilton,

I am writing to you in support of Mr. Pazouki, whom I have had the privilege of knowing through his employment supporting the US Census Buruea for almost four years. As the contract program manager and former federal executive, I have had the opportunity to witness Mr. Pazouki's character and work ethic firsthand, and I am honored to provide this letter of support on his behalf.

I have known Mr. Pazouki solely through our professional interactions at Census, where he has consistently demonstrated exemplary qualities that I admire and respect. Mr. Pazouki is a diligent and hardworking individual who approaches his responsibilities with a strong sense of dedication and integrity. His conscientious nature is evident in every task he undertakes, and he consistently strives for excellence in all aspects of his work.

One of the qualities that stands out most about Mr. Pazouki is his unwavering honesty and integrity. He is a person of impeccable character, and his integrity is reflected in his actions and interactions with others. I have seen Mr. Pazouki handle challenging situations with grace and integrity, always maintaining his composure and upholding the highest ethical standards.

Furthermore, Mr. Pazouki is known for his willingness to go above and beyond to support his colleagues and clients. He is a team player who is always willing to lend a helping hand and offer support whenever needed. His positive attitude and willingness to collaborate make him a valued member of our team, and he is well respected by both his peers and our clients at Census.

In light of Mr. Pazouki's outstanding character and contributions, I respectfully request that you consider leniency in his case. While I am not privy to the details of his legal situation, I believe that Mr. Pazouki's positive attributes and contributions to our community warrant a fair and compassionate consideration of his circumstances. I do know that he has already lost employment and I am confident that he is genuinely remorseful for any mistakes he may have made and that he is committed to learning from this experience and moving forward in a positive direction.

Thank you for taking the time to consider my perspective on this matter. If you require any further information or clarification, please do not hesitate to contact me at [redacted] or [redacted].

Sincerely,

Daniel Griffith Drew, Jr.

February 27, 2024

To: The Honorable Claude M. Hilton
Albert V. Bryan United States Courthouse
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

From: Mike Eskandary
Electrical Engineer
[redacted]

I Mike Eskandary, am an Electrical Engineer at the United States Department of Agriculture (USDA), Rural Utilities Service (RUS). Our organization at the USDA/RUS is responsible for providing affordable, electricity, water, and telecommunications for the rural communities across the United States.

I have had the privilege of knowing Mehdi Pazouki for over thirty years.
We have gotten together in the clubs, restaurants, sporting events, and watched football games. We have exchanged family advice for variety of matters. On multiple occasions when I had technical computer and cell phone issues, I asked Mr. Pazouki's assistance on the matter.
I have met his father and mother many times. We have dined together at restaurants, discussed family matters and exchanged health care advice.

Mehdi Pazouki has a deep sense of understanding and sympathy for upheavals effecting others. His dedication to his work and willingness to assist others in financial difficulties, or family matters exemplify his selfless nature and helpful demeanor. **I know of a family in particular whom that they were in financial difficulties which Mr. Pazouki helped them generously to avoid getting evicted from their residence.**

Beyond his professional skills, Mehdi Pazouki is also a well-rounded individual. He is outgoing, friendly and approachable character, making him a valuable asset in any team and community. His athleticism and active lifestyle reflect his commitment to a healthy and balanced life. Furthermore, his extensive network of friends and his rooted presence in the community are indicative of his sociable and amiable nature.

Your honor at end, I plead with you for leniency for Mr. Pazouki.

Respectfully,

Mr. Mike Eskandary

SIERRA TECHNOLOGIES

Sierra Management and Technologies, Inc.
[redacted]

08 April 2024

TO: The Honorable Claude M. Hilton
Albert V. Bryan United States Courthouse
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

From: L. Jeff Wynne
Owner/CEO
Sierra Management and Technologies, Inc
[redacted]

Dear Honorable Claude M. Hilton,

I am writing this letter on behalf of my dear friend, Mehdi Pazouki, who is currently awaiting sentencing in your courtroom. I have been blessed to call Mehdi a friend and professional colleague for almost 30-years! I am honored to provide this letter of support on his behalf.

My name is L. Jeff Wynne. I am the Owner and CEO of Sierra Management and Technologies, Inc. ("Sierra"), located in California, Maryland. Sierra is a small business federal government contractor providing technical, logistical, and program management support to the U.S. Department of Defense. I was born and raised in Washington, D.C., where I attended and graduated from Gonzaga College High School, a small all-boys Catholic Jesuit high school emphasizing academics and community service. As a matter of fact, Gonzaga's motto is to be "a man for others." As an alum of Gonzaga, I serve on one of its alumni boards, which focuses on minority student mentoring and making strategic recommendations to the school's leadership on matters of importance to the African American student body. Additionally, I lead a small business CEO mentor group, where I meet monthly with 10-12 CEOs of small businesses from various industry sectors, providing executive mentoring and coaching on strategic, tactical, and operational business activities.

I've known Mehdi Pazouki for almost 30-years! I first met Mehdi when I was the Manager of Revenue Systems at MCI Corporation in 1995. I hired Mehdi as a software developer. From the first day he started work, Mehdi showed that he was highly trustworthy and dedicated to his job. He was the only contractor (non-employee) who was allowed to work off hours and weekends to complete additional work. Mehdi frequently volunteered to work extra hours to help my

SIERRA TECHNOLOGIES

Sierra Management and Technologies, Inc.
[redacted]

department meet its demanding objectives. He was a great team player, working collaboratively with other contractors and MCI employees.

A few years later, I was hired at Accenture as Sr. Manager in their telecom practice. In 1999, while supporting our client, Verizon, I served as Acting Director of Data Management. I hired Mehdi Pazouki as a Senior Systems Analyst to help me deliver on Verizon's very aggressive technical objectives. Mehdi worked for me for about two years until I left the Verizon project. While on the Verizon project, Mehdi again demonstrated the highest levels of dedication, personal integrity, and a willingness to work long, unplanned hours to achieve our client's deliverables.

Lastly, and once again, when one of my clients (this time it was the GSA – General Servies Administration) required the services of a top technical resource, I hired Mehdi Pazouki! In December 2003, while I was the Senior Vice President of InfoZen, Inc., which at that time was a Small Business Administration (SBA) 8(a) firm that provided advanced IT Solutions to the Federal Government, I hired Mehdi as an Enterprise Architect to support the GSA. In this role, Mehdi was true to form. Again, he was a good team player, working collaboratively with my InfoZen staff and federal employees of GSA. He delivered a wide range of high-level IT consultative services with integrity, professionalism, and distinction.

Although Mehdi and I have lost touch over the past decade, I believe I know his character from the many years of us working together in extremely demanding and highly intense work environments. As this letter outlines, when my professional career depended on my ability to deliver, I hired Mehdi Pazouki. Although I do not know the details of his legal situation, I know Mehdi the good son, the loyal, dedicated, dependable co-worker, and the good friend. I humbly ask that you consider leniency.

Thank you for taking the time to consider my perspective on this matter. If you require further information or clarification, please do not hesitate to contact me at [redacted] or on my cell at [redacted].

Respectfully,

L. Jeff Wynne

L. Jeff Wynne

March 12, 2024

The Honorable Claude M. Hilton
Albert V. Bryan United States Courthouse
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Honorable Hilton,

I am writing on behalf of my friend of 30 years, Mr. Mehdi Pazouki. Mehdi and I met in 1993 as fellow racquetball players and health enthusiasts. He has been a wonderful friend to me ever since, offering me steadfast loyalty and friendship throughout life's successes and challenges. I hope this letter will repay him for his many years of friendship by helping you best assess Mehdi and the fine person he has been.

I am a retired technology executive and a lifelong resident of Alexandria, Virginia. I currently reside in Old Town with my husband, a retired attorney. I have a ballet school ("School for Swans") in Old Town that is a pillar of the Alexandria community. My father was a local real estate developer and my mom taught ballet to thousands of Alexandria children during her lifetime. I've been on numerous boards in Alexandria including the Alexandria Chamber of Commerce, the Scholarship Fund of Alexandria, and First Night Alexandria, among others. I share my familial status and background in order to hopefully demonstrate how important my community and my reputation are to me, and therefore how carefully I have chosen my friends and the people with whom I spend time.

During the course of my 30-year friendship with Mehdi, I have had the opportunity to meet Mehdi's mother and father multiple times. They seem to be fine people who clearly adored their son. When Mehdi's mom was younger, she would always cook Persian *ash* soup for me and even brought me a few lovely things when she would visit from Iran, knowing I was a dear friend of her son's. She had knee surgery a few years ago, and I saw Mehdi care for her as a devoted son. Mehdi has 2 sisters as well as nieces and nephews whom I have heard about though have never had the chance to meet. I know he has been the leader of the family as the only son, bearing the pressure of supporting aging parents and other relatives who looked to him for financial and moral support. I know it has been challenging for him at times but he has always seemed to take on that role with a sense of duty.

When my parents were alive, they often asked me how my friend Mehdi was doing. They had been impressed with his life story of coming to the U.S. for

college at Boston University before the 1978 revolution in Iran, and then not being able to go home after the revolution took place during his freshman year. He shared the story of a phone call with his parents who said, "Don't come home. You cannot come home," when he wanted to fly home to protect them during a highly uncertain time. He was a very young man who was cut off from his family but he turned this hardship into resolve and went on to earn his degree and build his life in the U.S.

Many years ago, Mehdi had an opportunity to purchase a condominium in Washington, DC during its pre-construction phase. Knowing that I had built a small portfolio of rental properties, Mehdi invited me to buy this property as his partner. He knew I might be interested in the investment opportunity especially with a guaranteed tenant, himself. After some years, maybe 7-8, he decided to move to Virginia and sold the DC condo. As promised, he paid me my original investment with profits, just as we had agreed. Additionally, several times over of the course of our friendship Mehdi asked me to lend him money, which I did, and which Mehdi always repaid. I never once doubted he would. I share this aspect of our relationship to illustrate that in my financial interactions with him I have always had a positive, straightforward experience.

Given all of the above, I cannot understand this egregious and extremely unfortunate lapse in judgment by Mehdi that has landed him in your courtroom. I am angry at him and I am also sad for him, but those feelings don't change 30 years of knowing him. I can't explain it or understand it but I can share with you that he is a good man, a deeply caring man, a good member of his community, and a good friend. I believe he will repay his debts and make amends for what he has done.

I therefore ask you, your Honor, with the utmost respect, to be lenient with Mehdi in your sentencing. He appears before you as one of many who cross your docket, another random person, but he is a man with a life and a family who will be deeply affected by his sentence. I believe Mehdi will atone for his wrongdoing and move forward to live an exemplary, honest life. I hope you will take this perspective into consideration as you weigh his options.

Sincerely,
Laura Machanic
Laura Machanic
[redacted]



March 10, 2024

TO: The Honorable Claude M. Hilton

Albert V. Bryan United States Courthouse

U.S. District Court for the Eastern District of Virginia

401 Courthouse Square

Alexandria, Virginia 22314

From: Iraj Solimani

President/Owner

Capitol Apartment Turnovers, LLC.

[redacted]

My name is Iraj Solimani. I'm the owner of a Capitol Apartment Turnovers in Rockville Maryland and Capitol Floors in Tuson Arizona. We provide a variety of both Residential/Commercial flooring for the past twenty-five years, and a close friend and a Racquetball partner of Mehdi Pazouki. I have worked and lived in the Montgomery County for the past couple of decades and currently reside in Ashton Maryland with my three children.

I met Mehdi back in 2007 when he was introduced to me by a mutual friend and soon, we realized that we are both coming from the similar background and family values. Additionally, his passion for sports i.e.; Racquetball, Tennis, Beach Volleyball, Basketball and definitely an expert in Squash made me realize that "I need to be around him, so we can play different sports"!



In my life, I have learned that you can truly find people's character when you are competing and playing different sports against them. Mehdi has shown me that he is a true sport by being forgiving and compassionate especially, when competing with a lesser skilled folks. I believe his character is all about Teamwork, Positive-Energy, Happiness, Friendship, Empathy, Integrity, Respect and most importantly Compliance and this makes Mehdi distinct from others.

I do remember that he went out of his way to support a friend to get a job with US Department of Treasury, IRS IT department. Due to his extensive institutional knowledge about the IRS infrastructure and Information Systems, he scheduled numerous Training sessions for long hours to ensure that our friend will be ready to interview. Our friend got hired by the IRS and he has been there since 2018. Mehdi's commitment to assist others in both Personal and Professional endeavor is quite admirable.

I met Mehdi's parents and his sister in Northern Virginia around Spring of 2008 and have had numerous encounters with them at his place of residence enjoying a home cooking. I am aware that his father passed away in 2021 and his 85-year-old mother has moved in with him in his apartment located in Tysons Corner, Virginia. In this capacity, I learned that Mehdi's financial & emotional commitment to his family, especially his mother, is above and beyond.

I am extremely delighted that I could share my thoughts and the opportunity to "speak" on Mehdi's behalf. Your Honor, please consider Mehdi's mother Medical, Financial and Physical implications when determining the appropriate sentence for him.

Sincerely,

Iraj Soleimani

**PROJECT MANAGEMENT CONSULTING LLC**

***"Driving Efficiency, Delivering Excellence"***

***Your Partner in Project Success***

06 March 2024

TO: The Honorable Claude M. Hilton
Albert V. Bryan United States Courthouse
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

From: Kerwin O. Lay
President/Owner
Project Management Consulting LLC
[redacted]

1. My name is Kerwin O. Lay. I'm both a retired Air Force veteran, civil service employee, and an esteemed friend and colleague of Mehdi Pazouki. I have recently located to Phoenix Arizona and continued my consulting acumen as President and founder of Project Management Consulting LLC, however my most humble yet significant achievement is my position as Assistant Pastor of the Family of God Church in Belleville Illinois.

2. While living and working in Washington D.C. for the Food and Drug Administration, Mehdi and I first became acquaintances five (5) years ago, while playing and sharing our

passion for Tennis. After discovering that we both shared a passion for IT project management and development, our relationship blossomed into a genuine friendship, where we discussed everything from squash to the need to provide support to our elderly parents. Mehdi has always expressed a desire to spend more time with his family, given that they lived so far away; (on the West coast and back in Iran).

3. I believe what has increased my respect and appreciation for Mehdi is his honesty, compassion, and longing for family. I can't recall an occasion where our conversations didn't include family and ongoing activities. I remember Mehdi coordinating the schedule with his siblings to share time with his parents when they visited from Iran; (spending a month with one sibling and then a month with another). That appealed to me, simply because he reminds me of myself. Mehdi has always expressed a humbleness yet proudness on what he has been able to accomplish since making the United States his home in the late 70's.

4. I am simply grateful for the opportunity to "speak" on Mehdi's behalf. Hopefully I have shined some light on Mehdi demeanor and character that you may not have been aware of and will consider these factors when determining the appropriate sentence for the Mr. Pazouki.

5. Thank you for considering my perspective on this matter. Please feel free to contact me should you require any additional documentation or clarification.

Sincerely,

Kerwin Lay

Richard T. Whelan
[redacted]

March 7, 2024

The Honorable Claude M. Hilton
Albert V. Bryan United States Courthouse
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Subject: Letter of Recommendation for Mr. Mehdi Pazouki

My name is Richard Whelan. I'm a retired Naval Officer, former U.S. civil service employee, and continuing DoD and State Dept advisory contractor with a decade of experience working in Iraq and Afghanistan. I currently work at the Pentagon supporting the US Army.

I have known Mehdi "Jimmy" Pazouki since 2018 when I first came back from overseas to work in DC. I met Mr. Pazouki working out at the gym and we became good friends talking about government service, sports, and the future of Info Tech. I soon learned just how educated and well-read he is on almost every current event in the world. He provided me with great advice on how to interact with the wide range of diverse communities/activities in the DC area.

Although I have not met his family, I feel like I know them from his endless stories and admiration for them. He is very dedicated to his family.

I have worked all over the world though the US Navy (e.g., ships, squadrons, Dessert Storm, Blue Angels, Antarctica, Satellite Operations) and the US Army (e.g., Joint Task Force Olympics, US Forces IRAQ, International Security Assistance Force Afghanistan) and I have run into many intelligence, team-oriented people in my career. So, I know good people when I see them. Mr. Pazouki falls in that category.

So, it is with great sincerity that I offer my steadfast belief that absolute discretion and judgement should be exercised in defining the appropriate remedy for the issues currently before your court concerning the Mr. Pazouki.

Sincerely,

RWhelan

Richard T. Whelan