# ATTACHMENT 3

March 7, 2024

To The Honorable Claude M. Hilton
Albert V. Bryan United States Courthouse
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria. Virginia 22314

From Leticia Tartakovsky
Licensed Professional Counselor
[redacted]

My name is Leticia Tartakovsky and I am a licensed professional counselor in the state of Virginia since 2021. I have been working with the Virginia Partnership for Gaming and Health (VPGH) since October of 2022, helping individuals affected by problem gambling.

Mr. Mehdi Pazouki started having therapy sessions with me on September 26, 2023. He was referred by the VPGH, an organization that works together with Virginia Commonwealth University and contractors, to help individuals and families affected by problem gambling in the state.

Since Mr. Pazouki started therapy, he has been showing great progress, refraining from gambling and is also attending a peer recovery group. In his first session, he was diagnosed with moderate gambling disorder (F63.0), reporting several unsuccessful attempts to control, preoccupation with gambling, chasing losses, and lying about it. Additionally, client reported borrowing money to gamble, and that he had lied to hide the extension of his involvement with gambling. He lost important relationships due to his gambling problem, as well as financial losses. Additionally, he reported facing legal charges due to misusing federal money.

As a client, he never missed a therapy session, and showed motivation to change, which resulted in a change of behavior, meaning complete cessation of gambling. He is under a lot of stress due to his legal issues, but remains affirming that he no longer intends to gamble, due to all the problems and losses this addiction caused him. Client reports regret for his actions, feelings of shame and guilt, and in the clinical setting, was always very respectful and kind. In addition, Mr. Pazouki reports concerns for his elderly mother, who he takes care of, and how his case may impact her emotional wellbeing.

Your honor at end, I plead with you for leniency for Mr. Pazouki.

Respectfully,

Leticia Tartakovsky.