# ATTACHMENT 4

Teamwork Recovery Services LLC.

Sean Fournia

[redacted]

18 March 2024

TO: The Honorable Claude M. Hilton

Albert V. Bryan United States Courthouse

U.S. District Court for the Eastern District of Virginia

401 Courthouse Square

Alexandria, Virginia 22314

From: Sean Fournia

President/Owner

Teamwork Recovery Services LLC.

[redacted]

This letter is being written regarding Mr. Mehdi Pazouki. Mehdi is currently a participant in Teamwork Recovery Services LLC. Whom is a licensed and registered contractor of the Virginia Partnership for Gaming and Health network and Virginia Commonwealth University.

Teamwork Recovery Services LLC. Is a peer-based recovery organization to help combat Compulsive Gambling Disorders listed in the DSM-5. Mr. Pazouki has been a participant with our organization since September of 2023 until the present. Mr. Pazouki and has been a great asset to our recovery community providing strong male peer leadership to other participants. Mr. Pazouki has been working with a licensed problem gambling clinician on a weekly basis and has been working with a Virginia registered licensed peer recovery support specialist to help him address his illness. Mr. Pazouki

has been attending problem gambling support groups on a weekly basis and is in early remission form gambling, has abstained from any gambling since September of 2023.

We are very proud of Mr. Pazouki and believe that he will continue to grow and increase his successes should he remain on the path to recovery as a participant in our program. At this time, it would be extremely therapeutic for Mr. Pazouki be grated the opportunity to remain free from incarceration and remain connected to the recovery community, in order to continue his recovery path from the illness of compulsive gambling and to make personal amends to himself and his community.

Should you have any further questions regarding Mr. Pazouki. please feel free to contact me anytime at the information below.

Sincerely,

**Teamwork Recovery Services LLC**

***Sean Fournia: NCPRSS,R-PRS, CPRS-PG***

[redacted]

***The Healing Place Alumni Association President***

**Affiliate Faculty**

**Virginia Commonwealth University**

**College of Health Professions**

**Virginia Partnership for Gaming & Health Peer**

[redacted]